UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stacey D. Adams |
| v. | : | 2:25-mj-15118 |
| LaMONICA McIVER | : | NOTICE OF SUBSTITUTION OF COUNSEL |

PLEASE TAKE NOTICE that there has been a substitution of counsel in the above captioned matter for Stephen J. Demanovich, Assistant United States Attorney for the District of New Jersey, (stephen.demanovich@usdoj.gov).

The substitute counsel is Assistant United States Attorney Mark McCarren who has previously entered a Notice of Appearance.

ALINA HABBA
United States Attorney

*s/ Stephen J. Demanovich*

By: Stephen J. Demanovich
Assistant U.S. Attorney

Dated:   June 5, 2025